**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 30, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00189-CV

## IN THE INTEREST OF K.W.F., A CHILD

**On Appeal from the 25th District Court
Colorado County, Texas
Trial Court Cause No. 24072**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 14, 2016. On October 10, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.